# Court of Appeals
# of the State of Georgia

ATLANTA,____May 05, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A0969. MAPP v. WE CARE TRANSPORTATION SERVICES, INC.**

On March 30, 2015, appellees We Care Transportation Services, Inc. and Alvis Haadee filed a motion to dismiss this appeal. This appeal was docketed on January 26, 2015, and appellant's brief therefore was due on February 16, 2015. On January 17, 2015, appellant filed a motion to extend the time for filing her brief through February 20, 2015, stating, "Appellant needs additional time to file her brief because of her counsel's heavy trial and briefing calendars during the past three weeks." That motion was granted on February 19, 2015. On February 20, 2015, appellant filed a second motion for extension of the time for filing her brief through February 23, 2015. That motion was likewise granted and the time for filing appellant's brief extended to February 24, 2015. Appellant attempted to file a brief, but it was refused for failure to pay costs or provide sufficient evidence of indigence. Appellant has belatedly filed a brief in opposition to the motion to dismiss, see Court of Appeals Rule 41 (e), but has failed to explain or even acknowledge her inadequate filing.

Appellee's motion to dismiss is GRANTED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____05/05/2015_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk.